IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKWESSIA FALLIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| | NO._____ |
| STELLAR RECOVERY, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

# COMPLAINT FOR DAMAGES

## INTRODUCTION

1. This is an action for damages against the defendant for violations of the Telephone Consumer Protection Act [TCPA], 47 U.S.C. § 227, and the regulations proscribed thereunder, 47 C.F.R. § 64.1200.

## SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331 (federal question jurisdiction).

3. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and decide any related State law issues.

## PARTIES AND PERSONAL JURISDICTION

4. Plaintiff is a resident of this District and Division and is authorized by law to bring this action.

5. Defendant STELLAR RECOVERY, INC. is a corporation organized under the laws of the State of Florida. [Hereinafter said defendant is referred to as "STELLAR"].

6. STELLAR transacts business in this District.

7. STELLAR's transactions in this District give rise to Plaintiff's causes of action.

8. STELLAR is in the business of collecting past due debts allegedly owed by consumers throughout the United States, including the State of Georgia.

9. In the course of its business, STELLAR directed telephone calls to Plaintiff's cellular telephone number in the Northern District of Georgia.

10. The telephone calls to Plaintiff's cellular telephone number give rise to Plaintiff's claims.

11. STELLAR is subject to the jurisdiction and venue of this Court.

12. STELLAR may be served by personal service upon its registered agent in the State of Georgia, to wit: Business Filings Incorporated, 1201 Peachtree Street, NE, Atlanta, Georgia 30361.

## FACTS COMMON TO ALL CAUSES

13. In the four year period proceeding the filing of this action, STELLAR engaged in a collection campaign in which it directed telephone calls to telephone number (404) 707-4665.

14. Plaintiff is the subscriber of telephone services from Metro PCS for telephone number (404) 707-4665.

15. STELLAR continued making such calls to telephone number (404) 707-4665 after plaintiff requested that the calls stop.

16. In some of the calls, STELLAR would use an artificial or prerecorded voice to deliver a message.

17. In all of the telephone calls, STELLAR used a predictive dialer to initiate the telephone calls.

18. The use of a predictive dialer is evidenced by the use of a prerecorded or artificial voice whose primary function is to deliver a message in a telephone call initiated by a dialing system without human intervention.

19. All of the telephone calls were initiated using software capable of predictive dialing.

20. STELLAR's dialing software has the capacity to store telephone numbers.

21. STELLAR's dialing software has the capacity to dial from a database of numbers.

22. STELLAR's dialing software has the capacity to dial from a database of numbers at random or in sequential order.

23. STELLAR's dialing system has the capacity to dial from a database of telephone numbers without human intervention.

24. STELLAR's telephone calls to Plaintiff were initiated using an automatic telephone dialing system.

25. The telephone calls to Plaintiff's cellular telephone number were knowingly and/or willfully initiated using an automatic telephone dialing system.

26. The telephone calls to Plaintiff's cellular telephone number which used an artificial or prerecorded voice to deliver a message were knowingly and/or willfully initiated.

27. The telephone calls to Plaintiff's cellular telephone number were not initiated by accident or mistake.

28. It was the intent of STELLAR to initiate the telephone calls to the cellular telephone number at issue.

29. The telephone calls were annoying to Plaintiff.

30. The telephone calls to Plaintiff invaded the privacy interests that the TCPA was intended to protect.

31. The telephone calls were inconvenient to Plaintiff.

32. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## COUNT ONE: TELEPHONE CONSUMER PROTECTION ACT

33. The acts of Defendant constitute violations of the Telephone Consumer Protection Act.

34. Defendant's violations of the TCPA include, but are not limited to, the following:

35. Making and/or initiating a telephone call using an automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service, in violation of 47 U.S.C. § 227(b)(1)(A)(iii) and 47 CFR § 64.1200(a)(1)(iii).

36. As a result of Defendant's actions, Plaintiff is entitled to an award of $500.00 for each such violation and an injunction prohibiting future conduct in violation of the TCPA.

37. Defendant's violations were committed willfully and knowingly, and Plaintiff requests this court treble damages to $1,500.00 for each such violation.

38. The Defendant has acted in bad faith, been stubbornly litigious and/or caused the Plaintiff unnecessary trouble and expense, and Plaintiff requests an award of the expenses of litigation, including a reasonable attorney's fee, pursuant to O.C.G.A. § 13-6-11.

## JURY TRIAL DEMAND

39. Plaintiff demands a jury trial on all claims.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a) That Plaintiff be awarded statutory and treble damages;

b) That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

c) That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by: /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
2374 Main Street
Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax

Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
770 / 427-5600
404 / 601-1855 fax