IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKWESSIA FALLIN,<br><br>　　Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC.,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-2274-MHC |

## ORDER

This case comes before the Court on Defendant's unopposed motion for extension of time to file responsive pleadings [Doc. 5]. For good cause shown, Defendant's motion is hereby **GRANTED**. The Defendant shall file a responsive pleading to the complaint on or before August 25, 2015.

**IT IS SO ORDERED** this 4th day of August 2015.

_____
MARK H. COHEN
United States District Judge