IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKWESSIA FALLIN, | Civil Action File |
| Plaintiff, | |
| | No.1:15-cv-02274-MHC |
| v. | |
| STELLAR RECOVERY, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed without prejudice to all claims.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
2374 Main Street, Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax
jfeagle@skaarandfeagle.com